



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL WATSON, | : | |
| Petitioner, | : | |
| v. | : | NO. 04-CR-392 |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

**FILED**
AUG 04 2009
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### ORDER

**AND NOW**, this 4th day of August 2009, upon consideration of the Petition filed in the above captioned action pursuant to 28 U.S.C. § 2255 [Doc. No. 41], and the Government's Response [Doc. No. 43], a review of the entire record and in accordance with the foregoing Memorandum Opinion it is hereby **ORDERED** as follows:

1. Petitioner Samuel Watson's Petition is **DENIED**;

2. There is no probable cause to issue a certificate of appealability.

The Clerk of Court is **DIRECTED** to **CLOSE** this case.

It is so **ORDERED**.

BY THE COURT:

CYNTHIA M. RUFE, J.